[No. 3989-7-III.   Division Three.   May 12, 1981.]

KW DEVELOPMENT, INC., *Appellant*, v. WASTE WATER SERVICES, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 80-2-00393-8, William J. Grant, J., entered May 23, 1980. *Reversed* and *remanded* by unpublished opinion per McInturff, C.J., concurred in by Green and Roe, JJ.

[No. 3873-II.   Division Two.   May 13, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PAUL WICKS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10198, John N. Skimas, J., entered October 23, 1978. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.

[No. 4183-II.   Division Two.   May 14, 1981.]

*In the Matter of the Marriage of* JOAN L. HART, *Respondent, and* LARRY R. HART, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 57850, Hewitt A. Henry, J., entered July 9, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Pearson, J.